**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| CHRIS JACKSON,<br><br>                      Plaintiff,<br>   v.<br><br>FRANK'S GREAT OUTDOORS, INC.,<br><br>                      Defendant. | Civil Action No. 1:25-cv-04499 |

## STIPULATION FOR DISMISSAL

Plaintiff, Chris Jackson, and Defendant, Frank's Great Outdoors, Inc., by and through their undersigned counsel, hereby stipulate that this action shall be DISMISSED, with prejudice, as between all parties, and, each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: August 25, 2025

NYE STIRLING, HALE,
MILLER, AND SWEET, LLP

By: _/s/ Benjamin J. Sweet_
Benjamin J. Sweet, Esq.
101 Pennsylvania Boulevard, Suite 2
Pittsburgh, Pennsylvania 15228
Telephone: (412) 857-5350

*Attorneys for Plaintiff*

O'HAGAN MEYER LLC

By: _/s/ Ryan T. Benson_
Ryan T. Benson, Esq.
One East Wacker Drive, Suite 3400
Chicago, Illinois 60601
Telephone: (312) 422-6100

*Attorneys for Defendant*

<u>**CERTIFICATE OF SERVICE**</u>

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 21st day of August, 2025.

*/s/ Benjamin J. Sweet*
Benjamin J. Sweet
